FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 24 2011

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EDMUND T. CROWLEY, <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON CORPORATION FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS, <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br><br> Case No. 2:10-cv-1095 <br><br> Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on March 7, 2011, recommending the District Court deny Mr. Crowley's Motion for Preliminary Injunction.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate

Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby:

(1) DENIES Mr. Crowley's Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated this 23rd day of March, 2011.

_____
Dee Benson
United States District Judge